UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | "O" | JS-5 |
|---|---|---|---|
| Case No. | CV 12-1029 CAS | Date | December 20, 2012 |
| Title | IN RE: MARGARITA RIOS | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants | |
| Not Present | Not Present | |

**Proceedings:** (In Chambers:) ORDER REINSTATING APPEAL

    On August 3, 2012, the Court dismissed this appeal on the grounds that appellant had not paid the filing fee. On August 27, 2012, appellant filed a motion to reinstate the appeal, arguing that she had in fact paid the filing fee on March 12, 2012. After conferring with the clerk of court, the Court finds that petitioner did pay the filing fees by March 12, 2012, and hence that the order dismissing the appeal was entered in error. Appellee Wells Fargo Bank, N.A. argues that the motion to reinstate was untimely because, pursuant to Federal Rule of Bankruptcy Procedure 8015, it had to be filed within fourteen days after the appeal was dismissed. The Court finds that appellant's failure to meet the applicable deadline by seven days is due to excusable neglect in light of the fact that plaintiff is proceeding pro se and dismissal under these circumstances would be unduly harsh. Therefore, the Court GRANTS appellant's motion to reinstate the appeal.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |